```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03096
   DEMETRIA L SARDIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-1768

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/22/2007 and was not confirmed.

     The case was dismissed without confirmation 11/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              316.72           .00            60.00
FAIRLANE CREDIT LLC       SECURED VEHIC       2400.00           .00           220.00
FAIRLANE CREDIT LLC       UNSECURED         NOT FILED           .00              .00
OPTION ONE MORTGAGE       CURRENT MORTG          .00            .00              .00
OPTION ONE                UNSECURED         NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  PRIORITY            5536.56           .00              .00
INTERNAL REVENUE SERVICE  UNSECURED            355.04           .00              .00
AMERITECH                 UNSECURED         NOT FILED           .00              .00
BANKONE CHASE             UNSECURED         NOT FILED           .00              .00
CAPITAL ONE               UNSECURED           2146.03           .00              .00
CITY OF CHICAGO PARKING   UNSECURED            860.00           .00              .00
COMMONWEALTH EDISON       UNSECURED           1635.17           .00              .00
FAIRLAIN CREDIT           UNSECURED         NOT FILED           .00              .00
IDES                      UNSECURED         NOT FILED           .00              .00
ST FRANCIS HOSPITAL       UNSECURED           3632.50           .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED           2052.90           .00              .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00              .00
OPTION ONE MORTGAGE       MORTGAGE ARRE      20145.00           .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1279.85           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         1,362.00                         694.97
TOM VAUGHN                TRUSTEE                                               66.03
DEBTOR REFUND             REFUND                                               321.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             1,362.00

PRIORITY                                         .00
SECURED                                       280.00
UNSECURED                                        .00
ADMINISTRATIVE                                694.97
TRUSTEE COMPENSATION                           66.03
DEBTOR REFUND                                 321.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03096 DEMETRIA L SARDIN
```

```
                                ---------------       ---------------
TOTALS                                 1,362.00              1,362.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```